IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NIDIA ORTIZ,**

    **Plaintiff,**

    v.                                        CASE NO. 8:22-cv-00420

**PORTFOLIO RECOVERY
ASSOCIATES, LLC,**

    **Defendant.**
_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Portfolio Recovery Associates, LLC hereby removes the above-captioned matter to the United States District Court for the Middle District of Florida, Tampa Division, from the County Court of the Tenth Judicial Circuit in and for Polk County, Florida and in support avers as follows:

1. PRA is a defendant in a civil action originally filed on or about February 2, 2022, in the County Court of the Tenth Judicial Circuit in and for Polk County, Florida, titled *Nidia Ortiz v. Portfolio Recovery Associates LLC*, and docketed to Case No. 2021CC006223000000.

2. This removal is timely under 28 U.S.C. § 1446(b) as PRA received service of process on February 4, 2022.

1

3. Pursuant to 28 U.S.C. § 1446, attached hereto are copies of all process, pleadings and orders received by PRA in the state court action.

4. The United States District Court for the Middle District of Florida, Tampa Division, has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against PRA alleging violations of the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, *et seq*. Plaintiff alleges PRA's conduct caused her actual harm entitling her to a recovery of actual damages.

5. On this date, PRA provided notice of this Removal to counsel for Plaintiff and to the County Court for the Tenth Judicial Circuit in and for Polk County, Florida.

WHEREFORE, Defendant Portfolio Recovery Associates, LLC respectfully removes this case to the United States District Court for Middle District of Florida, Tampa Division.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
JOSEPH E. ENDICOTT
FL Bar No. 1031915
12276 San Jose Blvd.

Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
jendicott@messerstrickler.com
*Counsel for Defendant*

Dated: February 21, 2022

## CERTIFICATE OF SERVICE

I certify that on February 21, 2022, a true copy of the foregoing document was served on all counsel of record by electronic service.

**MESSER STRICKLER BURNETTE, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
JOHN M. MAREES II, ESQUIRE
FL Bar No. 069879
MAUREEN WALSH, ESQUIRE
FL Bar No. 28179
JOSEPH E. ENDICOTT
FL Bar No. 1031915
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
jmarees@messerstrickler.com
mwalsh@messerstrickler.com
jendicott@messerstrickler.com
*Counsel for Defendant*

Dated: February 21, 2022