UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 8:22-cv-00420-MSS-CPT

**NIDIA ORTIZ,**

    Plaintiff,

v.

**PORTFOLIO RECOVERY ASSOCIATES LLC,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff Nidia Ortiz and Defendant Portfolio Recovery Associates LLC submit this Joint Notice of Settlement and states that Parties have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

DATED: October 12, 2022

 /s/ Thomas J. Patti
**THOMAS PATTI, ESQ.**
Florida Bar No. 118377
E-mail: tom@pzlg.legal
**VICTOR ZABALETA, ESQ.**
Florida Bar No. 118517
E-mail: victor@pzlg.legal
PATTI ZABALETA LAW GROUP
3325 Northwest 55th Street
Fort Lauderdale, Florida 33309
Phone: 561-542-8550

COUNSEL FOR PLAINTIFF

 /s/ Lauren Burnette
**LAUREN BURNETTE, ESQ.**
Florida Bar No. 120079
E-mail: lburnette@messerstrickler.com
Messer Strickler Burnette LTD
12276 San Jose Blvd, Ste 718
Jacksonville, Florida 32223
Phone: 904-527-1172

COUNSEL FOR DEFENDANT